■ In the Matter of AMERICUS MITCHELL.— MEMORANDUM BY THE COURT. Application for admission to practice as an attorney and counselor at law without examination pursuant to rule VII of the Rules of the Court of Appeals for

Admission of Attorneys and Counselors at Law denied on the ground that the application does not meet the requirements of paragraph b of subdivision 1 and paragraph b of subdivision 2 of said rule. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.